UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| STRATES SHOWS, INC.,<br>10600 Orange Avenue<br>High Point, Florida 32824,<br>on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION, INC., KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendants. | Case: 1:07-cv-01127<br>Assigned To : Collyer, Rosemary M.<br>Assign. Date : 6/25/2007<br>Description: Antitrust |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned counsel of record for STRATES SHOWS, INC., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of STRATES SHOWS, INC. that have outstanding securities in the hands of the public:

THERE ARE NONE

3

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 25, 2007      By: _____
Michael D. Hausfeld (D.C. Bar #153742)
Benjamin D. Brown (D.C. Bar #495836)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Phone: (202) 408-4600
Fax: (202) 408-4699
Email: mhausfeld@cmht.com, bbrown@cmht.com

Michael J. Boni
Joanne Zack
Joshua D. Snyder
**BONI & ZACK LLC**
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com; jzack@bonizack.com; jsnyder@bonizack.com

Arthur N. Bailey
**ARTHUR N. BAILEY & ASSOCIATES**
111 West Second Street, Suite 4500
Jamestown, N.Y. 14701
Phone: (716) 664-2967
Fax: (716) 664-2983

*Attorneys for Plaintiff Strates Shows, Inc. and the Proposed Class*