CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STRATES SHOWS, INC.                    )
                                       )
                                       )
                                       )
                                       )
                    Plaintiff          )     Civil Case Number 07-1127 (PLF)
                                       )
        v.                             )
                                       )     Category     A
                                       )
ASSOCIATION OF AMERICAN                )
    RAILROADS                          )
                                       )
                                       )
                    Defendant          )
                                       )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on July 3, 2007  from Judge Rosemary M. Collyer  to Judge Paul L. Friedman by direction of the Calendar Committee.

(Reassigned as related to 07-1078)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:    Judge Collyer & Courtroom Deputy
       Judge Friedman & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk