UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STRATES SHOWS, INC.,<br>10600 Orange Avenue,<br>Orlando, Florida 32824,<br>on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION, INC., KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br><br>     Defendants. | Civil Action No. 1:07-cv-01127 (PLF)<br><br><br><br><br>SUPPLEMENTAL RULE 7.1 AND RULE LCvR 7.1 DISCLOSURE STATEMENT |

**SUPPLEMENTAL RULE 7.1 AND RULE LCvR 7.1 DISCLOSURE STATEMENT**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Strates Shows, Inc. certifies as follows:  Plaintiff Strates Shows, Inc. is a subsidiary of Strates Enterprises, Inc.; no publicly-held corporation owns more than 10% of its stock.

   Pursuant to LCvR 7.1 of the Local Rules of the United States District Court of the District of Columbia, the undersigned counsel certifies that the following are parent companies, subsidiaries, or affiliates of Plaintiff Strates Shows, Inc. that have any outstanding securities in the hands of the public:

   THERE ARE NONE

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: November 15, 2007

    /s/ Benjamin D. Brown
Michael D. Hausfeld (D.C. Bar #153742)
Benjamin D. Brown (D.C. Bar #495836)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: mhausfeld@cmht.com
      bbrown@cmht.com

Michael J. Boni
Joanne Zack
Joshua D. Snyder
**BONI & ZACK LLC**
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Facsimile: (610) 822-0206
Email: mboni@bonizack.com;
jzack@bonizack.com; jsnyder@bonizack.com

Arthur N. Bailey
**ARTHUR N. BAILEY & ASSOCIATES**
111 West Second Street, Suite 4500
Jamestown, N.Y. 14701
Telephone: (716) 664-2967
Facsimile: (716) 664-2983

*Attorneys for Plaintiff Strates Shows, Inc. and the Proposed Class*